J. S. ROGERS, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Rogers* v. *City of New York,* 71 App. Div. 618, affirmed.
(Argued January 20, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

8, 1902, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*George L. Rives, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for appellant.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN and WERNER, JJ. Absent: VANN, J. Dissenting: CULLEN, J.